```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,     )
                              )
              Plaintiff,      )        4:09CR3033
                              )
         v.                   )
                              )
MARCUS GREEN,                 )            ORDER
                              )
              Defendant.      )
                              )
```

IT IS ORDERED:

Because of unavailability of court personnel, trial of this case will begin on **Thursday, June 11, 2009,** not as previously set on June 8, 2009.

DATED this 29th day of April, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge